# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2422

_____

Larry Curtis Kerr,                                    *
                                                      *
        Appellant,                          *
                                                      *      Appeal from the United States
      v.                                        *      District Court for the
                                                      *      Eastern District of Missouri.
United States of America,                             *           [UNPUBLISHED]
                                                      *
        Appellee.                           *

_____

Submitted:  June 10, 2002

Filed:  June 26, 2002

_____

Before WOLLMAN, RICHARD S. ARNOLD, and LOKEN, Circuit Judges.

_____

PER CURIAM.

      Larry Curtis Kerr appeals from the district court's[1] dismissal of his petition for relief under 28 U.S.C. § 2255.  Kerr filed this petition more than one year after his conviction became final, and thus it is outside the limitations period found in § 2255(1).  Kerr contends that <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), created a watershed rule of constitutional law that should be applied retroactively, thus allowing him to file within one year of the date of that decision pursuant to § 2255(3).

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

In <u>United States v. Moss</u>, 252 F.3d 993, 997 (8th Cir. 2001), we held that <u>Apprendi</u> should not be applied retroactively on collateral review. Kerr recognizes that <u>Moss</u> bars his claim, but contends that we should revisit <u>Moss</u> because it was wrongly decided. One panel of this court may not overrule another panel, and thus we are bound by <u>Moss</u>. <u>Jarrett v. United States</u>, 266 F.3d 789, 791 (8th Cir. 2001); <u>United States v. Reynolds</u>, 116 F.3d 328, 329 (8th Cir. 1997). Accordingly, the order of dismissal is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.